IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN LOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by Brian Lowell.  For its complaint, the United States alleges as follows:

### JURISDICTION AND PARTIES

1.      The district court has jurisdiction pursuant to 26 U.S.C. §§ 7402(a), and 28 U.S.C. §§ 1331, 1340, and 1345.

2.      Defendant Brian Lowell resides in Sabbatus, Maine, within the jurisdiction of this Court.

### Count to Reduce to Judgment Brian Lowell's Income Tax Liabilities

3.      A delegate of the Secretary of the Treasury made assessments against Brian Lowell for income taxes for the periods, on the dates, and in the amounts described below. These liabilities have balances due as of May 27, 2026, including assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651 and penalties for failure to make estimated tax payments under 26 U.S.C. § 6654, costs, and statutory interest, and after applying all abatements, payments, and credits, as follows:

1

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 05/27/2026 |
|---|---|---|---|---|
| 12/31/2010 | 06/13/2016 | Tax | $118,011.00 | $338,307.20 |
| 12/31/2011 | 06/13/2016 | Tax | $24,522.00 | $69,081.52 |
| 12/31/2012 | 06/13/2016 | Tax | $47,057.76 | $119,602.20 |
| 12/31/2013 | 06/06/2016 | Tax | $5,483.00 | $13,487.60 |
| 12/31/2014 | 06/06/2016 | Tax | $32,142.00 | $79,357.92 |
| 12/31/2015 | 06/20/2016 | Tax | $29,038.00 | $58,510.77 |
| 12/31/2018 | 03/08/2021 | Tax | $11,969.00 | $22,947.23 |
| 12/31/2019 | 03/08/2021 | Tax | $11,179.00 | $13,850.21 |
| 12/31/2021 | 12/05/2022 | Tax | $4,520.00 | $1,450.29 |
| 12/31/2022 | 10/02/2023 | Tax | $4,778.00 | $2,137.15 |

4. Notice of the liabilities described in paragraph 3 was properly given to, and payment demanded from, Brian Lowell.

5. Despite proper notice and demand, Brian Lowell failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, he remains liable to the United States in the amount of $718,732.09, plus statutory additions accruing from and after May 27, 2026.

WHEREFORE, Plaintiff United States of America requests the following relief:

A. Judgment against the defendant Brian Lowell for income tax liabilities for the tax years ending December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013, December 31, 2014, December 31, 2015, December 31, 2018, December 31, 2019, December 31, 2021, and December 31, 2022, in the total amount of $718,732.09, plus statutory additions accruing from and after May 27, 2026, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and

2

B.      The United States of America shall recover its costs, and be awarded such other

and further relief as the Court determines is just and proper.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch

/s/*Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-1038
Bradley.A.Sarnell@usdoj.gov